In the Matter of the Application for the Probate of the Last. Will and Testament of KATE L. LAUDY, Deceased; KATE. P. U. ELLIOTT, Appellant; THE PETER COOPER UNION et al., Respondents.

Reported below, 78 Hun, 479.

Argued March 18, 1895; decided October 15, 1895; motion for reargument granted December 3, 1895. See page 721.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made the first Monday of April, 1894, which reversed a decree of the surrogate of the county of New York refusing probate of a will, and directed the surrogate to admit the will to. probate.

*Daniel G. Rollins* for appellant.

*H. B. Closson* and *P. H. Vernon* for respondents.

Motion denied and the judgment in the case affirmed on the opinion in General Term, with costs.

All concur except BARTLETT, J., not sitting.